## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Jones, Ricky R<br>Lindo-Jones, Ruth<br>Debtors | §<br>§<br>§<br>§ | Case No.  08 B 28364 |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/21/2008.

2)  The plan was confirmed on 03/09/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2010.

5)  The case was dismissed on 06/21/2010.

6)  Number of months from filing or conversion to last payment: 20.

7)  Number of months case was pending: 22.

8)  Total value of assets abandoned by court order: (NA).

9)  Total value of assets exempted: $121,090.00.

10)  Amount of unsecured claims discharged without full payment: $0.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $45,019.38 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$45,019.38** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,274.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $3,017.64 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,291.64** |

Attorney fees paid and disclosed by debtor   $226.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Priority | $16,283.00 | $11,945.02 | $11,945.02 | $0 | $0 |
| Capital One Auto Finance | Secured | $20,775.00 | $20,775.00 | $20,775.00 | $8,378.21 | $0 |
| Cook County Treasurer | Secured | $0 | $7,268.52 | $7,268.52 | $0 | $0 |
| First Fidelity Mortgage | Secured | $8,271.18 | $8,271.18 | $8,271.18 | $1,963.09 | $0 |
| First Fidelity Mortgage | Secured | $59,125.00 | NA | NA | $0 | $0 |
| Home Loan Services | Secured | $129,420.89 | $129,420.89 | $129,420.89 | $28,386.44 | $0 |
| Home Loan Services | Secured | $608,000.00 | $603,022.33 | $603,022.33 | $0 | $0 |
| Wachovia Dealer Services | Secured | $10,527.00 | NA | NA | $0 | $0 |
| American Medical Collection | Unsecured | $1,063.60 | NA | NA | $0 | $0 |
| American Medical Collection | Unsecured | $373.22 | NA | NA | $0 | $0 |
| Ameriquest | Unsecured | $0 | NA | NA | $0 | $0 |
| Amex | Unsecured | $0 | NA | NA | $0 | $0 |
| Amex | Unsecured | $0 | NA | NA | $0 | $0 |
| Amex | Unsecured | $0 | NA | NA | $0 | $0 |
| Amex | Unsecured | $0 | NA | NA | $0 | $0 |
| Aurora Loan Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Avco Reo | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Avco Reo | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| Barco Auto Leasing Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Unsecured | NA | $4,194.14 | $4,194.14 | $0 | $0 |
| Capital One Auto Finance | Unsecured | $4,546.61 | NA | NA | $0 | $0 |
| CB USA Sears | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase Home Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase Manhattan | Unsecured | $0 | NA | NA | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $0 | NA | NA | $0 | $0 |
| Debis Financial Servies | Unsecured | $0 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $147.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| EMC Mortgage Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| First Collection Service | Unsecured | $64.00 | NA | NA | $0 | $0 |
| First North American Nat Bk | Unsecured | $0 | NA | NA | $0 | $0 |
| First USA Bank N A | Unsecured | $0 | NA | NA | $0 | $0 |
| Guaranty Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| HFC | Unsecured | $0 | NA | NA | $0 | $0 |
| Home Loan Services | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| Illiana Federal Credit Union | Unsecured | $0 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $4,340.30 | $4,340.30 | $0 | $0 |
| JB Robinson Jewelers | Unsecured | $0 | NA | NA | $0 | $0 |
| JP Morgan Chase Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| MCYDSNB | Unsecured | $0 | NA | NA | $0 | $0 |
| Midwest Verizon Wireless | Unsecured | NA | $411.03 | $411.03 | $0 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $2,344.00 | NA | NA | $0 | $0 |
| Nissan Infiniti LT | Unsecured | NA | $635.76 | $635.76 | $0 | $0 |
| Nissan Motor Acceptance Corporation | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nissan Motor Credit Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Partners In Womens Health | Unsecured | $257.00 | NA | NA | $0 | $0 |
| Premier Credit | Unsecured | $1,035.14 | NA | NA | $0 | $0 |
| Resurgence Financial LLC | Unsecured | NA | $20,534.58 | $20,534.58 | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Sears/Citibank SD | Unsecured | $0 | NA | NA | $0 | $0 |
| Sears/Citibank SD | Unsecured | $0 | NA | NA | $0 | $0 |
| State Collection Service | Unsecured | $131.00 | NA | NA | $0 | $0 |
| TNB Card | Unsecured | $0 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $88.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $55,272.00 | $86,249.97 | $86,249.97 | $0 | $0 |
| United States Dept Of Education | Unsecured | $0 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $0 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $11,563.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $0 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $12,500.00 | $12,216.65 | $12,216.65 | $0 | $0 |
| University Of Illinois Medical | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Wachovia Mortgage | Unsecured | $0 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $0 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $0 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Financial | Unsecured | $0 | NA | NA | $0 | $0 |
| West Suburban Healthcare | Unsecured | $135.50 | NA | NA | $0 | $0 |
| West Suburban Healthcare | Unsecured | $94.33 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $603,022.33 | $0 | $0 |
| Mortgage Arrearage | $137,692.07 | $30,349.53 | $0 |
| Debt Secured by Vehicle | $20,775.00 | $8,378.21 | $0 |
| All Other Secured | $7,268.52 | $0 | $0 |
| **TOTAL SECURED:** | $768,757.92 | $38,727.74 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $11,945.02 | $0 | $0 |
| **TOTAL PRIORITY:** | $11,945.02 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $128,582.43 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,291.64 |
| Disbursements to Creditors | $38,727.74 |
| **TOTAL DISBURSEMENTS:** | $45,019.38 |

      12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 3, 2010      By: /s/ MARILYN O. MARSHALL
                                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)